NEW YORK TITLE INSURANCE COMPANY, Respondent, *v.* LOUISE GERDES, Appellant, Impleaded with Another.

Argued June 2, 1937; decided July 13, 1937.

492

*Samuel Silbiger* for appellant.

*Albert A. DuPont* and *Stephen J. Masse* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS LOUGHRAN, FINCH and RIPPEY, JJ.